```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
                       SOUTHERN DISTRICT
```

**RICHARD GORING, et al**                     *
     **Plaintiffs**

                                                   **PJM-09-3373**
                                     *

     **Vs.**
                                     *

**MICHAEL S. NEALL & ASSOCIATES, P.C.**
     **Defendant**

**Dear Counsel:**

**In reviewing our records it appears that:**

 **X**   The summons and complaint were issued, but as of this date, we have not received information from you indicating service of process has been effected as to the above defendant. If service has been effected please electronically file the appropriate <u>Affidavit of Compliance</u>, together with the <u>green receipt</u> for Registered Mail to the clerk's office for filing.

**If you have not effected service, please be advised that Fed. R. Civ. P. 4(m) provides that Aif service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion of its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within the specified time.@  The rule also provides that the court may extend time for service for an appropriate period Aif the plaintiff shows good cause for the failure.@  If you require time beyond the 120 day period and are able to demonstrate good cause, please advise this office promptly of your intention.**

**Please respond to the inquiry on or before   April 9, 2010   .**

                                       **Respectfully,**


<u>3/25/2010</u>          <u>/s/</u>
**DATE**              **ELLA S. PETERSON**
                     **COURTROOM DEPUTY FOR THE**
                     **HONORABLE PETER J. MESSITTE**

**cc: Judge**
    **file**