**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| RICHARD A. GORING and | ) | |
| STEPHANIE TATE-GORING | ) | Case No. 8:09-cv-03373-PJM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| MICHAEL S. NEALL & | ) | |
| ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiffs, RICHARD A. GORING and STEPHANIE TATE-GORING, by and through their attorneys, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

    Respectfully submitted,

    /s/ Mitchel E. Luxenburg
    Mitchel E. Luxenburg (29092)
    Attorney for Plaintiff
    23240 Chagrin Blvd.
    Suite 601
    Beachwood, OH 44122
    (888) 595-9111, ext. 712 (phone)
    (866) 382-0092 (facsimile)
    MLuxenburg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
MLuxenburg@attorneysforconsumers.com